Patrick J. Kurkoski
pkurkosk@amfam.com
Attorney at Law
11850 SW 67th Ave., Ste 160
Portland, OR 97223
Telephone: 503-403-1880, ext. 53645
Facsimile:  877-822-9631
Attorney for Defendant American Family Mutual Insurance Company

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HARLEY WILSON and DANI JO WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:15-CV-1512<br><br>DEFENDANT'S NOTICE OF REMOVAL OF ACTION |

To:  Max S. Taggart, II, Taggart & Taggart, 399 S Oregon St., Ontario, OR  97914:

PLEASE TAKE NOTICE that on August 11, 2015, defendant, American Family Mutual Insurance Company, filed a notice of removal of this action in the office of the clerk of the United States District Court for the District of Oregon at Pendleton, OR.  Copies of that notice of removal are attached to this notice.

You are also advised that defendant, on the filing of the notice of removal, also filed a

//

//

//

Page 1 - DEFENDANT'S NOTICE OF REMOVAL OF ACTION
Patrick J. Kurkoski, OSB # 973083
11850 SW 67th Ave., Ste. 160, Portland, OR  97223
(503) 403-1880, ext. 53645
American Family Mutual Insurance Company

copy of that notice with the clerk of the Circuit Court for Malheur County, Oregon, which has effected this removal in accordance with 28 USC §1446(d).

 DATED this 11th day of August, 2015.

       By: _____
         Patrick J. Kurkoski, OSB # 973083
         Attorney at Law
         11850 SW 67th Ave., Ste 160
         Portland, OR 97223
         Telephone: 503-403-1880, ext. 53645
         Facsimile: 877-822-9631
         pkurkosk@amfam.com
         (503) 403-1880, ext. 53645
         Attorney for Defendant

## Certificate of Service

I hereby certify that I served the foregoing DEFENDANT'S NOTICE OF REMOVAL OF ACTION on the following parties:

    Max S. Taggart, II
    Taggart & Taggart
    399 S Oregon St
    Ontario, OR  97914

    Attorney for Plaintiffs

By mailing a correct copy to said parties at the referenced address on the date stated below.

DATED this 11th day of August, 2015.

    By: _____
        Patrick J. Kurkoski, OSB # 973083
        Attorney at Law
        11850 SW 67th Ave., Ste 160
        Portland, OR 97223
        Telephone: 503-403-1880, ext. 53645
        Facsimile:  877-822-9631
        pkurkosk@amfam.com
        (503) 403-1880, ext. 53645
        Attorney for Defendant